JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROXANNE'S, INC. D/B/A ROXANNE'S;<br>ROBERTO MOLINA,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-09070-JFW (SKx)<br><br>**Judgment Re: Default Judgment** |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff LAMAR MYERS shall have JUDGMENT in Plaintiff's favor in the amount of $2,933.00 as costs-and-fees award, and $4,000.00 statutory damages penalty, for a total of $6,933.00, against Defendants ROXANNE'S, INC. D/B/A ROXANNE'S and ROBERTO MOLINA.

Additionally, Defendants ROXANNE'S, INC. D/B/A ROXANNE'S and ROBERTO MOLINA are ordered to provide an accessible parking space at the property located at or about 1115 E. Wardlow Rd., Long Beach, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: June 5, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. John F. Walter,
　　　　　　　　　　　　　　　　　　　United States District Judge